UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

DAVID LEE MOORE,
    Plaintiff,

vs.                                            Case No.: 3:21cv4821/MCR/EMT

MARK INCH, et al.,
    Defendants.
_____/

## **ORDER**

The chief magistrate judge issued a Report and Recommendation on January 19, 2022 (ECF No. 6). The court furnished Plaintiff with a copy of the Report and Recommendation and afforded him an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). There have been no timely filed objections.

Having considered the Report and Recommendation and the record, I have determined the Report and Recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

1.    The chief magistrate judge's Report and Recommendation (ECF No. 6) is adopted and incorporated by reference in this order.

2.    The clerk of court is directed to transfer this case to the United States District Court for the Middle District of Florida and close the file.

**DONE AND ORDERED** this 24th day of February 2022.

*M. Casey Rodgers*
_____
**M. CASEY RODGERS
UNITED STATES DISTRICT JUDGE**

Case No. 3:21cv4821/MCR/EMT